# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHY MENAKER,<br>　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>**Acting Commissioner of Social Security**,<br>　　　Defendant. | )<br>)<br>)<br>)  Civil No. 5:21-cv-01165-P<br>)<br>)<br>)<br>)<br>) |

## ORDER

Defendant, the Acting Commissioner of Social Security ("Commissioner"), has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings (*see* ECF No. 7).

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings.

Dated this   10th   day of May, 2022.

　　　　　　　　　　　　　　　　　　　　*/s/ Gary M. Purcell*
　　　　　　　　　　　　　　　　　　　　GARY M. PURCELL
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE